JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and Does 1-10,<br><br>    Defendants. | Case: CV 14-5378-GW(ASx)<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.CIV.P. 41** |

**<u>ORDER</u>**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 5, 2015      _/s/ George H. Wu_

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal      Case: 2:14-CV-05378-GW-AS